UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHRISTOPHER DEJLITKO			JURY TRIAL DEMANDED

v.					CASE NO. 3:07CV

GC SERVICES LIMITED PARTNERSHIP

COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § 1692; the Connecticut Creditor Collection Practices Act, Conn. Gen. Stat. § 36a-645 and regulations issued thereunder; the Connecticut Consumer Collection Agency Act, Conn. Gen. Stat. §36a-800 and regulations issued thereunder, or the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §1331, § 1367.

3. Plaintiff is a natural person who resides in Connecticut.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant, at all relevant times in and after 2006, was licensed as a consumer collection agency in Connecticut.

6. Resurgent Capital Services, at all relevant times in and after 2006, was licensed as a consumer collection agency in Connecticut.

7. In December, 2006, defendant represented, "We are contacting you on behalf of Resurgent Capital Services. They purchased your SEARS account. As such, they are responsible for collecting your delinquent account."

8. Since Resurgent was a licensed Consumer Collection Agency, it could not legally obtain assignment "for the purpose of collection." Conn. Gen. Stat. §36a-805(3).

FIRST COUNT

    9.  In the collection efforts, defendant violated the FDCPA, *inter alia*, § 1692e, -f(1), or -g.

SECOND COUNT

    10. Within three years prior to the date of this action Defendant engaged in acts and practices as to plaintiff in violation of the Consumer Collection Agency Act, § 36a-800 *et seq*. Conn. Gen. Stat.

    11.  Defendant committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq*.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages for each communication from defendant;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief and such other and further relief as law or equity may provide.

    THE PLAINTIFF

BY___/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 AVON STREET
NEW HAVEN, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net