UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTOPHER DEJLITKO, | : CIVIL ACTION NO. |
| | : 3:07CV01790(MRK) |
| Plaintiff, | : |
| | : |
| V. | : |
| | : |
| GC SERVICES LIMITED PARTNERSHIP | : |
| | : |
| Defendant. | : DECEMBER 27, 2007 |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

The Plaintiff and Defendant, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to Plaintiff on his complaint and without costs and/or attorney's fees to any party.

| THE PLAINTIFF | THE DEFENDANT |
|---|---|
| CHRISTOPHER DEJLITKO | GC SERVICES LIMITED PARTNERSHIP |
| | |
| By: _____ | By _____ |
| Joanne S. Faulkner (ct04137) | Jonathan D. Elliot (ct05762) |
| | |
| Law Offices of Joanne Faulkner | Zeldes, Needle & Cooper, PC |
| 123 Avon Street | 1000 Lafayette Boulevard |
| New Haven, CT  06511-2422 | Bridgeport, CT  06604 |
| Tel.  203-772-0395 | Tel.  203-333-9441 |
| Email: faulknerlawoffice@snet.net | Fax  203-222-1489 |
| | Email: jelliot@znclaw.com |